O/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────────X

GEE BUN KIM,

          Plaintiff,

-against-                               **MEMORANDUM AND ORDER**
                                           07-CV-2790 (NGG) (LB)

ALBERTO GONZALES, UNITED STATES
CITIZENSHIP & IMMIGRATION SERVICES,

          Defendants.
────────────────────────────────X

NICHOLAS G. GARAUFIS, United States District Judge:

Plaintiff Gee Bun Kim seeks an order directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's application for a replacement lawful permanent resident card. By letter dated October 5, 2007 (Letter from Assistant United States Attorney Elliot M. Schachner to the court, Docket Entry # 3), Defendants informed the court that USCIS approved Defendant's application on October 3, 2007. Defendants have also provided the court with a copy of the USCIS electronic record of the approval. (Id. at 3.)

Accordingly, as Plaintiff's requested relief is now moot, I dismiss this action with prejudice and without costs or attorney's fees to any party. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

                                        S/ Nicholas G. Garaufi

                                        NICHOLAS G. GARAUFIS
                                        United States District Judge

Dated: Brooklyn, New York
         October 7, 2007